UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR MELNICHUK,<br><br>Petitioner<br><br>v.<br><br>CHAD WOLF, Acting Director of USICE, et al.,<br><br>Respondents | CASE NO. 1:20-CV-0654 AWI JLT<br><br>ORDER FOR DEFENDANTS TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER |

On May 8, 2020, Petitioner filed this 28 U.S.C. § 2241 habeas corpus petition, as well as a motion for a temporary restraining order.

In his petition, Petitioner states that he is being held in the Mesa Verde Detention Center in Bakersfield, California.  Petitioner states that he is being detained in conditions that expose him to a heightened risk of contracting COVID 19, that the staff at the detention center are not following appropriate practices to minimize the risk of transmitting COVID 19, and that he has a history of health problems that place him at above-average risk of illness and death from COVID 19.

In his motion for temporary restraining order, Petitioner identifies a bladder condition that has weakened his immune system and causes regular and numerous urinary tract infections, which require antibiotics to treat.  Petitioner also explains that he is being housed in a 100 person dorm, social distancing is not possible, staff do not regularly wear masks, there is inadequate cleaning/sterilization despite the communal nature of living conditions at the facility, and new detainees are cycled in and out of the facility regularly.  Petitioner's motion attaches several orders in which courts in California and New York have ordered the release of detainees such as Petitioner due to heightened risks from COVID 19 faced at immigration detention facilities.

Petitioner does not indicate that there have been any confirmed cases of COVID 19 at the Mesa Verde facility. Nevertheless, because Petitioner has indicated that he suffers from a condition that weakens his immune system and that the practices at the Mesa Verde facility place him at a heightened risk for contracting COVID 19, the Court finds that it is appropriate for Respondent to respond the Petitioner's motion for a temporary restraining order.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that, no later than noon (12:00 p.m.) on May 13, 2020, Respondent shall file a response to Petitioner's motion for temporary restraining order.

IT IS SO ORDERED.

Dated:   May 11, 2020                              _____
                                                                    SENIOR  DISTRICT  JUDGE

2