UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR MELNICHUK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHAD WOLF, Acting Director of USICE, et al.,<br><br>　　　　　Respondents. | Case No.: 1:20-cv-00654-JLT (HC)<br><br>ORDER REQUIRING PETITIONER TO FILE A RESPONSE TO STATUS REPORT |

On June 8, 2020, Respondents filed a "Status Update and Motion to Dismiss," discussing that the merits of Petitioner's request for relief (release from custody) have been considered and rejected in another case, Angel De Jesus Zepeda Rivas, et al., v. Jennings, et al., No. 20-cv-2731 VC, 2020 WL 2059848 (N.D. Cal. Apr. 29, 2020), and requesting that this Court dismiss the petition for writ of habeas corpus.  (Doc. 17.)  Petitioner is DIRECTED to file a response to the status report within 14 days of the date of service of this order.

**Petitioner is forewarned that his failure to comply with this order will result in dismissal of the action.**

IT IS SO ORDERED.

Dated:  **June 9, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1